IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Lakendrick Darnell Gilliam(2) )<br>Defendant. )<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: ELSA M. BULLARD<br>U.S. Magistrate Judge<br><br>Case No:         26-cr-59 JWB/DLM<br>Date:            March 2, 2026<br>Courthouse:      Minneapolis<br>Courtroom:       9E<br>Time Commenced:  9:35 a.m.<br>Time Concluded:  10:02 a.m.<br>Time in Court:   27 minutes |

X **DETENTION HEARING**

APPEARANCES:

  Plaintiff: Raphael Coburn, Assistant U.S. Attorney
  Defendant:  Wyatt Arneson
            X CJA

On   X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
Defendant arraigned, see arraignment minutes and order.

              s/jam
Signature of Criminal Duty Clerk