

**JILL A. BRISBOIS**

150 South 5th St., Ste. 1850
Minneapolis, MN 55402
jill@thejabfirm.com
www.thejabfirm.com
P | 651.209.7797
C | 651.235.2238

July 6, 2026

The Honorable Magistrate Judge Elsa M. Bullard
United States District Court
District of Minnesota
**ECF**

Re: *United States v. Rashshon Jamahl Taggett (1) and Lakendrick Darnell Gilliam (2)*
      Court File No. 26-59 (SRN/EMB)

Dear Judge Bullard:

The undersigned counsel represent the above-captioned Defendants. Pursuant to the Court's Scheduling Order (Doc. 48), the parties are required to file pretrial motions, or alternatively notify the Court that no motions will be filed, by today's deadline.

Last week, however, the Government filed a Superseding Indictment in Case No. 26-56 (SRN/EMB), in which the above-captioned Defendants are named. It is the undersigned's understanding that the Government intends to file a motion to dismiss the Indictment in this matter.

Accordingly, the parties respectfully request to be excused from today's filing deadline pending the Government's anticipated motion to dismiss.

Sincerely,

*s/Jill A. Brisbois*
*s/Wyatt Arneson*

cc: William Mattessich & Raphael Coburn (AUSA)